# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| MONTAE HOLDEN,<br>          PLAINTIFF,<br><br>v.<br><br>LVNV FUNDING, LLC,<br>          DEFENDANT. | CASE No. 2:25-cv-03051-MTL |

COMES NOW, Plaintiff Montae Holden, submits this Notice of Settlement and states that the Parties have reached a settlement and require approximately thirty (30) days to fulfill the settlement terms and file dismissal papers pursuant to the Federal Rules of Civil Procedure. Plaintiff respectfully requests that the Court enter an Order or direct the Parties to formally move with respect thereto.

Dated: December 11, 2025

Respectfully submitted,

*/s/ Montae Holden*
MONTAE HOLDEN
5300 E Washington #3316
Phoenix, AZ 85034
(602) 796-7588
mjholden28@outlook.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send e-mail notification of such filing to all attorneys of record.

>                    */s/ Montae Holden*
>                    MONTAE HOLDEN